IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:99-CR-609-1-WBH |
| STEVEN E. KAPLAN, | : |
| Defendant. | : |

ORDER

The defendant having moved the Court to terminate his supervised release, and the government having taken no position thereon, the Court hereby grants the motion to terminate the defendant's supervised release effective this date.

SO ORDERED, this 4 day of January, 2005.

_____
WILLIS B. HUNT, JR., Judge
United States District Court